Michelle D. Spencer, 164696
Attorney at Law
331 Soquel Ave., Suite 208
Santa Cruz, CA 95062
Tel: 831-426-9900
Fax: 831-427-0674
Attorney for Man Ning Tao

**FILED**

DEC 21 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
         Plaintiff,

v.

MAN NING TAO
         Defendant.

No: CR05-000723JW PVT

STIPULATION AND [PROPOSED]
ORDER MODIFYING CONDITIONS
OF RELEASE

On November 21, 2005, Magistrate Judge Patricia V. Trumbull set a $100,000 secured bond and ordered the defendant to participate in a residential treatment facility. The Court agreed to release him to a residential program as soon as bed space became available and ordered that the $100,000 security be posted by December 23, 2005. Defense counsel has recently learned that a property bond will not be possible. Additionally, counsel has learned that the family does not presently have the resources to post cash or a commercial bond.

Pursuant to the Court's order of December 15, 2005, Mr. Tao is living with his parents at 4825 Anza Street, San Francisco pending placement into an alternate drug treatment program by United States Pretrial Services. Magistrate Judge Trumbull further ordered that Mr. Tao submit to electronic monitoring as directed by Pretrial Services.

STIPULATION AND PROPOSED ORDER

United States Pretrial Services Officer Allen Lew reports that there have been no problems with Mr. Tao while he has been on electronic monitoring at the San Francisco residence. Mr. Lew has made efforts to enroll Mr. Tao in Asian American Recovery Services' program and expects Mr. Tao to be enrolled and participating in the near future. Mr. Lew has no objection to the proposed order submitted herein.

In light of the facts set forth herein, the impending December 23, 2005 deadline for posting of security, and the Magistrate Judge Trumbull's unavailability, Plaintiff United States of America, by and through Assistant United States Attorney John Glang, and defendant Man Ning Tao, by and through attorney Michelle D. Spencer, hereby agree and stipulate that the December 23, 2005 deadline for posting of security be extended to January 6, 2006. It is further agreed and stipulated that the case will be calendared on or before January 6, 2006 at a time available to Magistrate Judge Trumbull and counsel in order to address the posting of security. It is further agreed and stipulated that all other conditions of release shall remain in effect.

IT IS SO STIPULATED.

KEVIN V. RYAN
United States Attorney

Dated: 12/20/05

JOHN GLANG
Assistant United States Attorney

Dated: 12/20/05

MICHELLE D. SPENCER
Attorney for Man Ning Tao

RS

[~~PROPOSED~~] ORDER

Based upon the foregoing, and good cause appearing therefore, the Court hereby extends the December 23, 2005 deadline for the posting of $100,000 security to

STIPULATION AND PROPOSED ORDER
2

January 6, 2006. All other conditions of release shall remain in effect.

Date: 12/21/05

_____
MAGISTRATE JUDGE RICHARD SEEBORG