IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAN NING TAO, et al.,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CR 05-00723-JW-(PVT)<br><br>STIPULATION AND<br>(PROPOSED) ORDER<br>MODIFYING CONDITIONS<br>OF RELEASE |

Defendant Man Ning Tao was enrolled in electronic monitoring on December 15, 2005 at his parent's house located at 4825 Anza Street in San Francisco, California. He began intensive outpatient drug treatment on December 28, 2005. Mr. Tao has performed well on pretrial release since December, 2005. United States Pretrial Services has indicated that it would not object to the elimination of electronic monitoring as a condition of release so long as a random drug testing condition is added in its place.

Plaintiff United States of America, by and through Assistant United States Attorney John Glang, and defendant Man Ning Tao, by and through his attorney Michelle D. Spencer, hereby agree and stipulate that electronic monitoring condition be eliminated as a condition of release and that random drug testing as directed by United States Pretrial Services be substituted in its place. It is further stipulated that all other conditions of release shall remain in effect.

Stipulation & Proposed Order
Modifying Conditions of Release

KEVIN V. RYAN

United States Attorney

Dated: _____
_____
JOHN GLANG
Assistant United States Attorney

Dated: _____
_____
MICHELLE D. SPENCER
Attorney for Man Ning Tao

### [PROPOSED] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the electronic monitoring condition be eliminated as a condition of release and that random drug testing as directed by United States Pretrial Services be substituted in its place. All other conditions of release shall remain in effect.

IT IS SO ORDERED.

Date: __9/11/06__    _____
HON. PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation & Proposed Order
Modifying Conditions of Release

- 2 -