UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 3/5/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00723-JW/RMW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF THE COURT EXCLUDING TIME** |
| | ) | |
| MAN NING TAO and MAN NEI LUI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The above-captioned case came before the court on Monday, February 26, 2007 at 9:00 a.m. for status hearing.  The defendants were personally present and were represented by counsel. Counsel for the United States was present.  At the conclusion of the hearing, the court ruled as follows:

The court hereby sets this case for an evidentiary hearing on the defendants' motion to suppress evidence to take place on April 26, 2007 at 2:00 p.m.  Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes the period of time from February 26, 2007 through and including April 26, 2007, from the computation of the period of time within which the trial must commence.  The court FINDS that the ends of justice served by the delay outweigh

**ORDER EXCLUDING TIME  CR  05-00723-JW/RMW**

the best interest of the public and the defendants in a speedy trial.  The court bases this finding on the pendency of the defendants' motion to suppress evidence and the complexity of the case, within the meaning of 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(8)(B)(ii).


**IT IS SO ORDERED.**


DATED:  3/5/07


*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge


**ORDER EXCLUDING TIME  CR  05-00723-JW/RMW**