UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00723-JW |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER OF THE COURT EXCLUDING TIME |
| CHAN HO MG MG LIU, | ) | |
| Defendant. | ) | |

On March 2, 2007, this court issued an order vacating a previous order scheduling this case for a status conference before Judge Ronald M. Whyte on the defendant's motion to suppress evidence for March 5, 2007 at 9:00 a.m. This court further ordered that a status conference be set for March 26, 2007 at 1:30 p.m. before Judge James Ware to schedule a hearing on the defendant's motion to suppress evidence.

Pursuant to Title 18, United States Code, Section 3161(h)(8), this court hereby excludes the period of time from March 5, 2007 through and including March 26, 2007, from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the pendency of the defendant's motion to suppress

[~~PROPOSED~~] ORDER EXCLUDING TIME  CR  05-00723-JW

statements of the defendant and the complexity of the case, within the meaning of 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(8)(B)(ii).

**IT IS SO ORDERED.**

DATED: 3/8/2007

_____
JAMES WARE
United States District Judge

[~~PROPOSED~~] **ORDER EXCLUDING TIME** 2 CR 05-00723-JW