STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
**Attorney for MAN NEI LUI**

MICHELLE D. SPENCER(CSBN 164696)
331 Soquel Avenue, # 208
Santa Clara, California  95062
Telephone Number (831) 426-9900
**Attorney for MAN NING TAO**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CR-05-00723-JW |
| Plaintiff, ) | |
| Vs. ) | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE** |
| MAN NEI LUI and MAN NING TAO, ) | |
| Defendants. ) | Honorable James Ware |
| ) | NO HEARING REQUIRED |

MAN NEI LUI and MAN NING TAO, by and through their attorneys Steven F. Gruel and Michelle D. Spencer, respectively request that the briefing schedule for the June 27, 2007 motions hearing be modified so that the defendants' motions are to be filed on May 29, 2007 and the government's opposition may be filed on June 11, 2007. The government does not oppose this modification and stipulates to this defense request.

*STIPULATION AND [PROPOSED]*
*ORDER MODIFYING*
*BRIEFING SCHEDULE*                                    1

SO STIPULATED:

Dated:   May 18, 2007             Respectfully Submitted,

                          _/s/_____
                          STEVEN F. GRUEL, ESQ.
                          Attorney for Man Nei Lui


                          _/s/_____
                          MICHELLE D. SPENCER, ESQ.
                          Attorney for Man Ning Tao

Dated:  May 18, 2007
                          __/s/_____
                          JOHN N. GLANG
                          Assistant United States Attorney


[~~PROPOSED~~]  ORDER MODIFYIG BRIEIFNG SCHEDULE

Predicated on the above stipulation, the briefing schedule is modified accordingly.


IT IS SO ORDERED.

Date: May 25 2007          _____
                                  HONORABLE JAMES WARE
                                  U.S. District Court Judge