```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    MARK L. KROTOSKI (CABN 138549)
 3  Chief, Criminal Division

 4  JOHN N. GLANG (GUAMBN 94012)
    Assistant United States Attorney
 5
       150 Almaden Boulevard, Suite 900
 6     San Jose, California 95113
       Telephone: (408) 535-5084
 7     Fax: (408)-535-5066
       E-Mail: John.Glang@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00723-JW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER MODIFYING BRIFING SCHEDULE |
| MAN NING TAO and | ) | |
| MAN NEI LUI, | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the briefing schedule for the motions hearing scheduled for June 27, 2007 be modified so as to permit the government's opposition memoranda to be filed on or before Friday, June 15, 2007. Neither defendant opposes this proposed modification and stipulates to the government's request.

It is so stipulated.

Dated: _____

JOHN N. GLANG
Assistant U.S. Attorney

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE
CR 05-00723-JW

```
Dated: _____         _____
                              MICHELLE D. SPENCER
                              Attorney for Man Ning Tao


Dated: _____         _____
                              STEVEN F. GRUEL
                              Attorney for Man Nei Lui


It is so ORDERED:
                              /s/ James Ware
Dated:  June 1, 2007          _____
                              JAMES WARE
                              United States District Judge
```

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE
CR 05-00723-JW                              2