JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5084
   Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00723-JW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING SENTENCING |
| v. | ) | HEARING |
| | ) | |
| MAN NING TAO, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for defendant Man Ning Tao in the above-entitled case, currently scheduled for Monday, October 6, 2008 at 1:30 p.m., be continued to Monday, December 15, 2008 at 1:30 p.m.  The probation officer has been notified of the new proposed hearing date and has no objection.  The parties further request that a Cantonese interpreter be present at that time.

It is so stipulated.

Dated: 9/3/2008                                                             _____/s/_____
                                                                                      JOHN N. GLANG
                                                                                      Assistant U.S. Attorney

Dated: 9/3/2008                            _____/s/_____
                                           MICHELLE D. SPENCER
                                           Attorney for Man Ning Tao

## [PROPOSED] ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that the sentencing hearing for defendant Man Ning Tao in the above-entitled case, currently scheduled for Monday, October 6, 2008 at 1:30 p.m., be continued to Monday, December 15, 2008 at 1:30 p.m. It is further ORDERED that a Cantonese interpreter be present at that time.

Dated: __September 4, 2008__                _____/s/ James Ware_____
                                            JAMES WARE
                                            United States District Judge

CC: C. Lew

STIP. AND ORDER CONTINUING SENTENCING HEARING
CR 05-00723-JW                              2