MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax: 831.426.0159

Attorney for Ignacio Galvan-Benavides

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>MAN NING TAO,<br>　　　　　　　Defendant. | ) Case No. CR 005-00723-JW<br>)<br>)<br>)<br>) STIPULATION AND (PROPOSED)<br>) ORDER CONTINUING SENTENCING<br>) HEARING<br>)<br>)<br>) |

　　　　Plaintiff United States of America, by and through Assistant United States Attorney, John Glang, and defendant Man Ning Tao, by and through his attorney Michelle D. Spencer, hereby agree and stipulate that this matter be continued from December 15, 2008 at 1:30 p.m. to February 2, 2009 at 1:30 p.m.

　　　　Defense counsel requires additional time to effectively prepare for sentencing, including obtaining support letters, medical information and preparing a sentencing memorandum. The parties hereby agree and stipulate that good cause exists for a continuance of the sentencing hearing.

///
//
/

Stipulation & Proposed Order　　　　　　　- 1 -

|   |   |
|---|---|
| Date: December 11, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney<br><br>_____/s/_____<br>JOHN GLANG<br>Assistant United States Attorney |
| Date: December 11, 2008 | _____/s/_____<br>MICHELLE D. SPENCER<br>Attorney for Man Ning Tao |

[PROPOSED] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the sentencing hearing set for December 15, 2008 shall be continued to February 2, 2009 at 1:30 p.m.

IT IS SO ORDERED.

Date: _December 11, 2008_  _____
HON. JAMES WARE
United States District Judge

Stipulation & Proposed Order               - 2 -